UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JULIE HUNGER AND<br>CHARLES HUNGER | * <br> * <br> * | CIVIL ACTION NO. 07-1363 <br><br> SECTION "F" MAG. 1 |
| VERSUS | * <br> * | <br> JUDGE FELDMAN |
| QUEST DIAGNOSTICS CLINICAL<br>LABORATORIES, INC., INSURANCE<br>COMPANY, AND ABC EMPLOYEE | * <br> * <br> * <br> * | <br> MAGISTRATE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Dismiss With Prejudice;

IT IS ORDERED, ADJUDGED, AND DECREED that the captioned matter be and the same is hereby dismissed, with prejudice and as of compromise, each party to bear its own costs;

JUDGMENT READ, RENDERED, AND SIGNED in New Orleans, Louisiana on this __13th__ day of _____June_____, 2008.

_____
JUDGE



1